UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CAMAJ,

    Plaintiff,

v.

MAKOWER ABBATE GUERRA
WEGGNER VOLLMER PLLC,

    Defendant.

Case No. 19-cv-10179
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING DEFENDANT'S
## MOTION TO DISMISS (ECF #10) WITHOUT PREJUDICE

On January 17, 2019, Plaintiff Michael Camaj filed this action against Defendant Makower Abbate Guerra Weggner Vollmer, PLLC ("Makower Abbate"). (*See* Compl., ECF #1; First Am. Compl., ECF #7.) Makower Abbate moved to dismiss the First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6) on March 28, 2019. (*See* Mot., ECF #10.)

The Court entered an order on March 28, 2019, in which it provided Camaj an opportunity to file a Second Amended Complaint to address the purported defects in the First Amended Complaint. (*See* Order, ECF #11.) The Court informed the parties that if Camaj filed such a Second Amended Complaint, it would terminate Makower Abbate's pending motion to dismiss as moot. (*See id.*)

1

Camaj has now filed a Second Amended Complaint. (*See* Sec. Am. Compl., ECF #13.) Accordingly, the Court **TERMINATES AS MOOT AND WITHOUT PREJUDICE** Makower Abbate's motion to dismiss (ECF #10). Makower Abbate shall answer or otherwise respond to the Second Amended Complaint by no later than **May 23, 2019**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 8, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764