UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CAMAJ,

    Plaintiff,

Case No. 19-cv-10179
Hon. Matthew F. Leitman

v.

MAKOWER ABBATE GUERRA
WEGNER VOLLMER, PLLC,

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order Granting Defendant's Motion to Dismiss dated November 14, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff. This Judgment is on the merits with respect to Plaintiff's claims under the Fair Debt Collection Practices Act and is not on the merits with respect to Plaintiff's state-law claims.

DAVID J. WEAVER
CLERK OF COURT

By:   s/Holly A. Monda
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 14, 2019
Flint, Michigan